405 A.2d 548

Commonwealth v. Peden, Appellant.

Submitted June 12, 1978. Richard Lunenfeld, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

March 28, 1979

405 A.2d 548

Commonwealth v. Johnson aka Candy Man
West, Appellant.
Petition for Allowance of Appeal Granted Sept. 10, 1979.

Submitted October 26, 1978. Paulette J. Balogh, Assistant Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.